FILED
8/5/24 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Magna Service Agency, Inc.,<br>      Debtor(s) | Bankruptcy No. 24-20318-GLT<br><br>Chapter 11<br><br>Document No.<br><br>Related to Docket No. 120 |

### ORDER CONFIRMING SMALL BUSINESS DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF MAY 9, 2024 PURSUANT TO 11 U.S.C. § 1191(b)

**AND NOW,** to wit, this __5th__ day of August 2024, with respect to the Small Business Debtor's Chapter 11 Plan of Reorganization Dated May 9, 2024 ("Plan") filed under Subchapter V of Chapter 11 of the Bankruptcy Code and being that the Plan has been transmitted to all creditors and equity security holders, and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U.S.C Sections 1129 and 1191 (as appropriate).

It is hereby **ORDERED** and **DECREED** that the Small Business Debtor's Chapter 11 Plan of Reorganization Dated as of May 9, 2024 filed at Docket No. 83 is hereby **CONFIRMED** subject to the following:

1. The Plan is confirmed pursuant to 11 U.S.C. § 1191(b).

2. The language in Section 2.2.1 of the Plan regarding the treatment of the Class 1 claim of MMG Investments VI, LLC shall be modified as set forth in the Stipulated Order Governing Treatment of MMG Investments VI, LLC Claim filed at Docket No. 116.

3. The language in Section 2.2.1 of the Plan regarding the treatment of the Class 1 claim of The Huntington National Bank shall be modified as set forth in the Stipulated Order governing the Treatment of The Huntington National Bank Claim filed at Docket No. 115.

4. The language in Section 2.1.2 of the Plan regarding the treatment of the Class 2 claim of the Internal Revenue Service shall be modified as set forth in the Stipulated Order governing the treatment of the Internal Revenue Service Claim filed at Docket No. 105.

5. All Plan payments shall be made by the Debtor.

Dated: August 5, 2024

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Consented to by:

/s/Kate. M. Bradley
Kate M. Bradley
Office of the United States Trustee

/s/ Corey J. Sacca
Corey J. Sacca, Esquire
Attorney for Debtor